**Abdelkaker MORCELI, Plaintiff-Appellant,**

v.

**W. MEYERS, Lieutenant, Defendant-Appellee.**

No. 15-15187

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted October 25, 2016 *

Filed November 4, 2016

Abdelkaker Morceli, Pro Se, Marysville, CA, for Plaintiff-Appellant.

Jon S. Allin, AGCA—Office of the California Attorney General, Sacramento, CA, for Defendant-Appellee.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

California state prisoner Abdelkaker Morceli appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging a violation of his First Amendment free exercise rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Jones v. Williams*, 791 F.3d 1023, 1030 (9th Cir. 2015), and we affirm.

The district court properly granted summary judgment because Morceli failed to raise a genuine dispute of material fact as to whether defendant was responsible for the challenged headwear policy's creation and enforcement. *See id.* at 1031–32 (setting forth elements of a § 1983 free exercise claim); *Starr v. Baca*, 652 F.3d 1202, 1207–08 (9th Cir. 2011) (setting forth elements for supervisory liability under § 1983). Contrary to Morceli's contentions, the district court applied the proper standard under Federal Rule of Civil Procedure 56 in granting summary judgment

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

where Morceli's contentions were not supported by facts. *See Arpin v. Santa Clara Valley Transp. Agency*, 261 F.3d 912, 922 (9th Cir. 2001) ("[C]onclusory allegations unsupported by factual data are insufficient to defeat [a defendant's] summary judgment motion.").

**AFFIRMED.**